UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Deutsche Bank National Trust Company as Trustee | Case No. 1:07-cv-2271 |
| Plaintiff, | Judge Solomon Oliver, Jr. |
| vs. | **MOTION TO DISMISS PLAINTIFF'S CLAIMS UNDER RULE 41(A)(2)** |
| Heidi H. Hopkins, et al. | |
| Defendants. | |

Plaintiff moves for an order dismissing its claims under Ohio R. Civ. P. 41(a)(2). Plaintiff seeks an order dismissing its claims at Plaintiff's costs for the following reason:  Plaintiff has accepted reinstatement funds from the Borrowers.

8/29/2007 - Motion is granted.
IT IS SO ORDERED.
/s/SOLOMON OLIVER, JR.
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

 /s/  Kevin L. Williams
Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P. O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-222-4921
Fax:  614-220-5613
Email: klw-f@mdk-llc.com
Attorney for Plaintiff

E11

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 24, 2007, a copy of the foregoing Motion to Dismiss Plaintiff's Claims Under Rule 41(a)(2) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by ordinary U.S. Mail. Parties may access this filing through the Court's system.

Heidi H. Hopkins
33928 Gregory Avenue
North Ridgeville, OH 44039

Jeffrey J. Hopkins, aka Jeffry J. Hopkins
33928 Gregory Avenue
North Ridgeville, OH 44039

Unknown Spouse, if any, of Heidi H. Hopkins
33928 Gregory Avenue
North Ridgeville, OH 44039

Unknown Spouse, if any, of Jeffrey J. Hopkins, aka Jeffry J. Hopkins
33928 Gregory Avenue
North Ridgeville, OH 44039

M. Robert Flanagan
Attorney for Lorain County Treasurer
225 Court Street, 3rd Floor
Elyria, OH 44035-5642

     /s/ Kevin L. Williams
Kevin L. Williams